# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:11CR95 |
| Josef Dörig | ) | |
| Defendant | ) | |

F I L E D
APR 29 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ARREST WARRANT

RECEIVED 7-22-11

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Josef Dörig,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Defraud the United States in violation of 18 USC 371

Date: 07/21/2011

*Issuing officer's signature* — Judith Lanham

City and state: Alexandria, Virginia

Judith Lanham, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7-22-11, and the person was arrested on *(date)* 4/29/14
at *(city and state)* Alexandria, VA.

Date: 4/29/14

*Arresting officer's signature*

James O'Leary
*Printed name and title*